# United States District Court
## Violation Notice

CVB Location Code: **EW 74**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3657265 | YEWCIC | 1090 |

3657265

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/25/15 0900 | 41 CFR 102-74.385 |

Place of Offense: 920 W RIVERSIDE, SPOKANE

HAZMAT ☐

Offense Description: Factual Basis for Charge

Failure to Comply

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BOSWORTH | ANTHONY | PAUL |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **FEB 25**, 20**15** while exercising my duties as a law enforcement officer in the **EASTERN** District of **Washington**

PLEASE REFER TO FEDERAL PROTECTIVE SERVICE REPORT NUMBER: DI5001772 FOR DETAILS OF THIS INCIDENT

Phone: (509) 353-0560

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/25/2015**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident