1  Matthew Campbell
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  10 North Post, Suite 700
   Spokane, Washington 99201
3  (509) 624-7606

4  Attorney for Defendant

5  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON

6

7  UNITED STATES OF AMERICA,

                                    Case No.:2-15-po-0038-JTR
8           Plaintiff,

9     vs.                            NOTICE OF APPEARANCE

10 ANTHONY P. BOSWORTH,

11          Defendant.

12
   TO:   The clerk of court and all parties of record
13
       I am admitted or otherwise authorized to practice in this court,
14
   and I appear in this case as counsel for Mr. Bosworth.
15
   Date:   April 22, 2015         Respectfully Submitted,
16

17                                *s/Matthew Campbell*
                                  Matthew Campbell,  WA 38696
18                                Federal Defenders of
                                  Eastern Washington and Idaho
19                                10 North Post, Suite 700
                                  Spokane, Washington 99201
20                                E-mail: matt_campbell@fd.org
                                  Telephone: (509) 624-7606

NOTICE - 1

1 Fax: (509) 747-3539

2

3 **CERTIFICATE OF SERVICE**

4 I hereby certify that on April 22, 2015 I electronically filed the

5 foregoing with the Clerk of the Court using the CM/ECF System,

6 which will send notification of such filing to the following: AUSA CVB,

7 United States Attorney's Office.

8

*s/Matthew Campbell*
9 Matthew Campbell, WA 38696
Federal Defenders of
10 Eastern Washington and Idaho
10 North Post, Suite 700
11 Spokane, Washington 99201
E-mail: matt_campbell@fd.org
12 Telephone: (509) 624-7606
Fax: (509) 747-3539

13

NOTICE - 2