1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
   Matthew F. Duggan
3  Assistant United States Attorney
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone:  (509) 353-2767

6

7              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,

9
                         Plaintiff,        2:15-PO-00038-JTR-1
10

11          vs.                            United States' Second Amended
                                           Witness and Exhibit  List
12  ANTHONY P. BOSWORTH,

13
                         Defendant.
14

15      Plaintiff, United States of America, by and through Michael C. Ormsby, United

16  States Attorney, for the Eastern District of Washington, and Matthew F. Duggan,

17  Assistant United States Attorney for the Eastern District of Washington, submits the

18  following list of potential witnesses.

19
       1.  Steve Yewcic, Federal Protective Service
20
       2.  Dave Curtis,  Federal Protective Service
21
       3.  Area Commander Lee Waddell, Federal Protective Service
22
       4.  DUSM Bill Downey, United States Marshals Service
23
       5.  DUSM S. Hershey, United States Marshals Service
24
       6.  DUSM Ben Heraseth, United States Marshals Service
25
       7.  Paul Zambon, General Services Administration
26
       8.  Samuel Delgado, Federal Protective Service
27

28

United States' Second Amended Witness and Exhibit List - 1

The United States reserves the right to amend this witness list for newly discovered witnesses and rebuttal witnesses, and for evidence and witnesses, the significance of which may have previously been overlooked.

The United States further submits the following list of potential exhibits that the United States may use and/or offer at trial.

1. DVD Recording of Incident 02/25/15
2. Map of Courthouse
3. Spokane County Search of Property Records
4. Permit Application
5. Photograph of Pistol
6. Photograph of Rifle

The United States reserves the right to amend this exhibit list as this case continues in its preparation before and during trial.

Dated:  October 26, 2015.

MICHAEL C. ORSMBY
United States Attorney

*s/ Matthew F. Duggan*
Matthew F. Duggan
Assistant United States Attorney

United States' Second Amended Witness and Exhibit List - 2

1

2

3    **CERTIFICATE OF SERVICE**

4

5        I hereby certify that on October 26, 2015, I electronically filed the foregoing

6    with the Clerk of the Court using the CM/ECF system which will send notification of

7    such filing to the following:

8

9        David Louis Stevens, David_Stevens@davidstevens.org

10

11                                *s/ Matthew F. Duggan*
                                 Matthew F. Duggan
12                               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' Second Amended Witness and Exhibit List - 3
P51026JJ.MFD.Bosworth.Amended_Witness_Exhibit.List