UNITED STATES DISTRICT COURT
Eastern District of Washington

**Petty Offense Bench Trial  * DATE: 10/26/15**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:15-PO-0038-JTR-1 |
| ) | |
| ANTHONY P. BOSWORTH, ) | |
| ) | |
| Defendant. ) | **MINUTE SHEET** |
| _____ ) | |

| | | | | |
|---|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | | [ X ] | David Louis Stevens, Defense Counsel |
| [ X ] | Melissa Orosco, Courtroom Deputy | | [ X ] | Matthew Duggan, USAtty |
| [ X ] | Kyle Perkins, Law Clerk | | [ X ] | Sam White, USAtty Intern |
| [ X ] | Dorothy Stiles, Court Reporter | | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# REMARKS

Government identified proposed Exhibits 1, 2, 3, 4, 5 and 6 and moved to admit the same: Exhibit 1, 2, 3, 5 and 6 are stipulated and admitted by the Court. Exhibit 1, CD; Exhibit 2, map of south side of courthouse; Exhibit 3, parcel search on Internet; Exhibit 4, application of permit (not stipulated to); Exhibit 5, photograph of black pistol and baggie of bullets; Exhibit 6, photograph of long gun, with multi-shot magazine.

*9:12 a.m.* Government's opening statement

*9:15 a.m.* Defense's opening statement

*9:17 a.m.*   Testifying for Government: Steve Yewcic, Federal Protective Services Officer.    Officer Yewcic sworn in and testified.  Direct examination by Sam White, United States Attorney Intern.  Cross examination by Defense Counsel David Stevens. Officer Yewcic excused by the Court.

*9:30 a.m.* Testifying for Government: Paul Zambon, General Service Administration (GSA) Facility Manager.   Paul Zambon sworn in and testified.  Direct examination by Sam White, United States Attorney Intern.  Defense noted for record the hi-lighted portion of exhibits shown to witness. Government moved to admit Exhibit 4, Defense in agreement. Exhibit 4 admitted.  Cross examination by defense counsel David Stevens. Sam White redirect.  Paul Zambon excused by the Court.

*9:40 a.m.*   Testifying for Government: William Downey, United States Marshal Deputy. Officer Downey sworn in and testified.  Direct examination of William Downey by Matthew Duggan, Assistant United States Attorney.  Exhibit 1 presented.  Cross examination by defense counsel David Stevens.  Redirect by Matthew Duggan.  Deputy Downey excused by the Court.

Government rests.

Defense motions the court to dismiss (Rule 29).  Government opposes dismissal; Defense response.  Motion denied with leave to renew.

*10:02 a.m.* Testifying for Defendant: Anthony Bosworth, Defendant.  Anthony Bosworth sworn in and testified.  Direct examination by defense counsel David Stevens. Objection by Government; sustained.  Cross examination by United States Attorney Matthew Duggan.  Defense objection, overruled. Redirect by David Stevens.

*10:27 a.m.*   Testify for Defendant: Maria Bosworth, Defendant's wife.  Maria Bosworth sworn in and testified.  Direct examination by defense counsel David Stevens.  Cross examination by United States Attorney Matthew Duggan.  Redirect by David Stevens. Maria Bosworth excused by the Court.

Defense rests.

*10:36 a.m.* Recess.  Court will resume at 11:15 a.m.

*11:14 a.m.*: Court reconvened

*11:15 a.m.*: Government's closing argument

*11:19 a.m.:* Defendant's closing argument

*11:25 a.m.:* Government's response

*11:26 a.m.*: Recess.  Court will resume at 1:30 p.m.

*1:30 p.m.:* Court reconvened


Verdict:  Guilty.  Sentencing will be set at convenience of parties.

*2:45 p.m.* Exhibits returned to Government by courtroom deputy


*SENTENCING [S/JTR]:   To bet determined*
**9:07 – 10:36 recess 11:14 - 11:26 AM recess 1:00 - 1:35 PM**