AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
       Sheet 1   Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 2 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANTHONY P. BOSWORTH | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.  2:15-PO-0038-JTR-1<br><br>USM No.<br><br>David Louis Stevens<br>_____<br>Defendant's Attorney |

## THE DEFENDANT:

☐  **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41 CFR 102-74.385 and<br>41 CFR 102-74.450 | Failure to Comply | 02/25/2015 | 1 |
| | | | |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment/Processing Fee | Fine |
|---|---|---|
| **Total:** | $  30.00 | $  220.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  0157

Defendant's Year of Birth:  1973

City and State of Defendant's Residence:
Yakima, WA

12/02/2015
_____
Date of Imposition of Judgment

_____
Signature of Judge

John T. Rodgers     Magistrate Judge, U.S. District Court
_____
Name and Title of Judge

12-2-15
_____
Date